# United States District Court for the Northern District of Illinois

Case Number: 08CV136  
Judge Name: GOTTSCHALL

Assigned/Issued By: J. N.  
Designated Magistrate Judge: ASHMAN

---

## FEE INFORMATION

**Amount Due:**  
[✓] $350.00   [ ] $39.00   [ ] $5.00  
[ ] IFP       [ ] No Fee   [ ] Other _____  
[ ] $455.00

Number of Service Copies _____   Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2443900  
Date Payment Rec'd: 1-7-08   Fiscal Clerk: J. N.

---

## ISSUANCES

[✓] Summons                              [ ] Alias Summons  
[ ] Third Party Summons                  [ ] Lis Pendens  
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment  
[ ] Wage-Deduction Garnishment Summons   _____  
[ ] Citation to Discover Assets          _____  
[ ] Writ _____            *(Victim, Against and $ Amount)*  
   *(Type of Writ)*

4   Original and   4   copies on   1-8-08   as to   CITY OF CHICAGO;
                                   *(Date)*
VITO FERRO; JAY B. ROSS; JOHN SEBECK
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05