# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

<u>Busby v. City of Chicago, et al</u>                Case Number:   **08 C 136**

Judge Gottschall

Magistrate Judge Ashman

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Diane S. Cohen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Diane S. Cohen | |
| FIRM    City of Chicago Department of Law | |
| STREET ADDRESS <br> 30 N. LaSalle, 10th Fl. | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6199493 | TELEPHONE NUMBER <br> 312-744-2836 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?              YES X   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?            YES      NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?              YES X   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |