**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                Case    08 C 136

DONALD L. BUSBY,
                                                                                Judge Gottschall
                                                                                Magistrate Judge Ashman

v.

CITY OF CHICAGO, CHICAGO POLICE DETECTIVE VITO FERRO, CHICAGO POLICE DETECTIVE JOHN SEBECK, UNKNOWN CHICAGO POLICE OFFICER AND JAY B. ROSS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print)  MELANIE PATRICK NEELY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ Melanie Patrick Neely | |
| FIRM  Corporation Counsel | |
| STREET ADDRESS  30 N. LaSalle Street Suite 1020 | |
| CITY/STATE/ZIP  Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06237845 | TELEPHONE NUMBER  (312) 744-5114 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |