**(Document Entered In Error)**

Case 1:08-cv-00136    Document 18-2    Filed 02/28/2008    Page 1 of 1