IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD L. BUSBY, | ) | |
| | ) | Case No. 08 C 136 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, CHICAGO POLICE DETECTIVE VITO FERRO, CHICAGO POLICE DETECTIVE JOHN SEBECK, UNKNOWN CHICAGO POLICE OFFICERS, AND JAY B. ROSS, | ) ) ) ) ) ) | Jury Demand |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago, by its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, and Defendants Vito Ferro and John Sebeck, by their attorney Avi Kamionski, Assistant Corporation Counsel, move this Court for an extension of time to answer or otherwise plead. In support of this motion, Defendants state:

1. The undersigned counsel for Defendant City of Chicago were only recently assigned to this case and the individual defendants were only recently served with the Complaint.

2. In this complaint, Plaintiff sues the City and the individual defendant officers alleging federal and state claims, including conspiracy, false arrest, unlawful detention, Monell, among others.

3. Defendants need additional time to review this matter before answering or otherwise pleading. Accordingly, Defendants request an extension of time to answer or otherwise plead until March 26, 2008.

4. This motion is not brought for any improper purpose or delay.

**WHEREFORE**, Defendants respectfully request that this Court grant it an extension of time to answer or otherwise plead until March 26, 2008.

**DATED: February 29, 2008**

                                              Respectfully submitted,

                                              MARA S. GEORGES
                                              Corporation Counsel

                               By:    /s/ Diane S. Cohen
                                         Diane S. Cohen
                                         Assistant Corporation Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2836

                               By:    /s/Avi Kamionski
                                         Avi Kamionski
                                         Assistant Corporation Counsel
                                         Attorney for Defendants Ferro and Sebeck

30 N. La Salle, Ste. 1400
Chicago, Illinois 60602
(312) 744-0747

## **CERTIFICATE OF SERVICE**

I, Diane Cohen, an attorney, hereby certify that pursuant to Local Rule 5.9, in accordance with the U.S. District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, Defendants' Motion for Extension of Time, this February 28, 2008, to:

Loevy and Loevy
312 N. May St., Ste. 100
Chicago, IL 60607

By: /s/Diane Cohen
DIANE COHEN