IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD L. BUSBY, ) | |
| ) | Case No. 08 C 136 |
| Plaintiff, ) | |
| ) | Judge Gottschall |
| v. ) | |
| ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, CHICAGO POLICE ) | |
| DETECTIVE VITO FERRO, CHICAGO ) | |
| POLICE DETECTIVE JOHN SEBECK, ) | |
| UNKNOWN CHICAGO POLICE ) | |
| OFFICERS, AND JAY B. ROSS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE MOTION**

**TO**:  See Certificate of Service

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANTS' JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other judge sitting in her place, on the 6th day of March 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: FEBRUARY 29, 2008

                                                      /S/Diane S. Cohen
                                                      DIANE S. COHEN
                                                      Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836