## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DONALD L. BUSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 00136 |
| ) | |
| CITY OF CHICAGO, et al. ) | Judge Joan B. Gottschall |
| ) | Magistrate Judge Ashman |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on March 13, 2008, at 9:30 a.m., I shall appear before Judge Joan B. Gottschall in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Building, Courtroom 2325, Chicago, IL, and then and there present **Defendant Jay B. Ross' Motion for an Extension of Time to Answer or Otherwise Plead,** a copy of which is hereby served upon you via CM/ECF.

Respectfully submitted,

 s/John J. Timbo
JOHN J. TIMBO, One of the Attys. for Defendant
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
(630) 735-3300
(630)-773-0980 (fax)
jtimbo@jsotoslaw.com

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Defendant Jay B. Ross' Motion for an Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court on **March 4, 2008,** using the CM/ECF system, which will send notification of such filing to the following counsel of record: see attached Service List.

                                       s/John J. Timbo
                                       John J. Timbo, Attorney No. 06238251
                                       One of the attorneys for Defendant Ross
                                       JAMES G. SOTOS & ASSOCIATES, LTD.
                                       550 East Devon, Suite 150
                                       Itasca, Illinois 60143
                                       630-735-3300
                                       630-773-0980 (fax)
                                       jtimbo@jsotoslaw.com

## SERVICE LIST

### DONALD L. BUSBY V. CITY OF CHICAGO, ET AL.
### CASE NO.: 08-CV-00136

| **ATTORNEYS FOR PLAINTIFF:** | **ATTORNEYS FOR DEFENDANTS:** |
|---|---|
| **Amanda C. Antholt**<br>Loevy & Loevy<br>312 North May Street, Suite 100<br>Chicago, IL 60607<br>(312) 243-5900<br>E-mail: amanda@loevy.com | **Diane s. Cohen**<br>City of Chicago, Law Department<br>30 North LaSalle, Suite 1020<br>Chicago, IL 60602<br>(312) 744-5100<br>E-mail: dcohen@cityofchicago.org |
| **Arthur R. Loevy**<br>Loevy & Loevy<br>312 North May Street, Suite 100<br>Chicago, IL 60607<br>(312) 243-5900<br>E-mail: loevylaw@loevy.com | **Melanie Patrick Neely**<br>City of Chicago, Law Department<br>30 North LaSalle, Suite 1020<br>Chicago, IL 60602<br>(312) 744-5100<br>E-mail: mneely@cityofchicago.org |
| **Jonathan I. Loevy**<br>Loevy & Loevy<br>312 North May Street, Suite 100<br>Chicago, IL 60607<br>(312) 243-5900<br>E-mail: jon@loevy.com | **Avi T. Kamionski**<br>Corporation Counsel's Office<br>30 North LaSalle Street, Suite 1400<br>Chicago, IL 60602<br>(312) 744-3982<br>E-mail: akamionski@cityofchicago.org |
| **Michael I. Kanovitz**<br>Loevy & Loevy<br>312 North May Street, Suite 100<br>Chicago, IL 60607<br>(312) 243-5900<br>E-mail: mike@loevy.com | |