UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Donald L Busby

                      Plaintiff,

v.                                     Case No.: 1:08−cv−00136
                                                    Honorable Joan B. Gottschall

City Of Chicago, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Joan B. Gottschall: Status hearing held and continued to 5/7/2008 at 9:30 A.M. Defendant City of Chicago's motion for extension of time to answer or otherwise plead to the complaint [19] and defendant Jay B. Ross' motion for extension of time to answer or otherwise plead to the complaint [24] are granted. Defendants to answer or otherwise plead by 3/26/2008. Compliance with Rule 26(a)(1) by 4/4/2008. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.