# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 136 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Busby vs. City of Chicago et al. | | |

**DOCKET ENTRY TEXT**

The court enters this order to clarify the docket. The docket reflects that defendants City of Chicago, Vito Ferro and John Sebeck filed a motion for an extension of time [17] on February 28, 2008, but removed it as "entered in error." A subsequent motion for extension [19] was filed on February 29, 2008 and granted on March 5, 2008. The court assumes that defendants withdrew the original motion for extension of time [17], and it is therefore denied as moot.

■          Docketing to mail notices.

**STATEMENT**

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|