THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD L. BUSBY, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 136 |
| ) | |
| v. ) | |
| ) | Judge Gottschall |
| CITY OF CHICAGO, CHICAGO POLICE ) | Magistrate Judge Ashman |
| DETECTIVE VITO FERRO, CHICAGO ) | |
| POLICE DETECTIVE JOHN SEBECK, ) | |
| UNKNOWN CHICAGO POLICE ) | |
| OFFICERS, and JAY B. ROSS ) | |
| ) | |
| Defendants. | |

## AGREED MOTION TO DISMISS DEFENDANT JAY ROSS PURSUANT TO SETTLEMENT

NOW COME Defendant, JAY B. ROSS, by his attorneys JAMES G. SOTOS and JOHN J. TIMBO of JAMES G. SOTOS & ASSOCIATES, LTD., and hereby move by agreement to have this Honorable Court enter an Order of Dismissal in the above-captioned matter pursuant to the settlement reached by the parties herein. In further support thereof, Defendant states as follows:

1. The parties have attached hereto a signed Stipulation to Dismiss (Ex. A) and executed Release and Settlement Agreement (Ex. B).

2. Pursuant to the terms of the Release and Settlement Agreement, Plaintiff has agreed to dismiss his claims against Defendant Jay Ross in exchange for an amount certain to settle all matters pending between them. An order of dismissal is to be entered by the Court before payment is to be made by Defendant Ross.

3.     The parties thus respectfully request that this Honorable Court enter the proposed Order of Dismissal e-mailed to the court on April 10, 2008 to allow the parties to finalize their settlement agreement.

                                      Respectfully submitted,

                                      s/John J. Timbo
                                      JOHN J. TIMBO, One of the Attorneys for the
                                      Defendant JAY B. ROSS

JAMES G. SOTOS
JOHN J. TIMBO
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
630/735-3300

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF DU PAGE      )

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attached service list:

                                                s/John J. Timbo
                                                JOHN J. TIMBO, One of the Attorneys for the Defendants

JAMES G. SOTOS
JOHN J. TIMBO
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, IL 60143-3156
(630) 735-3300

## SERVICE LIST

### DONALD L. BUSBY V. CITY OF CHICAGO, ET AL.
### CASE NO.: 08-CV-00136

**ATTORNEYS FOR PLAINTIFF:**

**Amanda C. Antholt**
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
E-mail: amanda@loevy.com

**Arthur R. Loevy**
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
E-mail: loevylaw@loevy.com

**Jonathan I. Loevy**
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
E-mail: jon@loevy.com

**Michael I. Kanovitz**
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
E-mail: mike@loevy.com

**ATTORNEYS FOR DEFENDANTS:**

**Diane s. Cohen**
City of Chicago, Law Department
30 North LaSalle, Suite 1020
Chicago, IL 60602
(312) 744-5100
E-mail: dcohen@cityofchicago.org

**Melanie Patrick Neely**
City of Chicago, Law Department
30 North LaSalle, Suite 1020
Chicago, IL 60602
(312) 744-5100
E-mail: mneely@cityofchicago.org

**Avi T. Kamionski**
Corporation Counsel's Office
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-3982
E-mail: akamionski@cityofchicago.org

**Scott Jebson**
Corporation Counsel's Office
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-6959
E-mail: sjebson@cityofchicago.org