# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD L. BUSBY, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08 C 136 |
| ) | |
| v. ) | |
| ) | Judge Gottschall |
| CITY OF CHICAGO, CHICAGO POLICE ) | Magistrate Judge Ashman |
| DETECTIVE VITO FERRO, CHICAGO ) | |
| POLICE DETECTIVE JOHN SEBECK, ) | |
| UNKNOWN CHICAGO POLICE ) | |
| OFFICERS, and JAY B. ROSS ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DONALD L. BUSBY, and Defendant, JAY B. ROSS, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith and, therefore, this cause should be dismissed with prejudice against JAY B. ROSS and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Respectfully submitted,

_____         _____
Arthur Loevy                             James G. Sotos
One of the Attorneys for Plaintiff       One of the Attorneys for Defendant
Loevy & Loevy                            James G. Sotos & Associates, Ltd.
312 N. May St. Suite 100                 550 E. Devon Ave., Suite 150
Chicago, IL 60607                        Itasca, IL 60143
(312) 243-5900                           (630) 735-3300