IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD L. BUSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 00136 |
| | ) | |
| CITY OF CHICAGO, et al. | ) | Judge Joan B. Gottschall |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  See Attached Service List

**PLEASE TAKE NOTICE** that on April 17, 2008, at 9:30 a.m., I shall appear before Judge Joan B. Gottschall in the courtroom where she usually presides, or before anyone sitting in her stead, in the United States District Court, Northern District of Illinois, Eastern Division, Dirksen Building, Courtroom 2325, Chicago, IL, and then and there present **Agreed Motion to Dismiss Defendant Jay Ross Pursuant to Settlement,** a copy of which is hereby served upon you via CM/ECF.

Respectfully submitted,

s/John J. Timbo
JOHN J. TIMBO, One of the Attys. for Defendant
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon, Suite 150
Itasca, Illinois 60143
(630) 735-3300
(630)-773-0980 (fax)
jtimbo@jsotoslaw.com

## CERTIFICATE OF SERVICE

The undersigned having first been duly sworn under oath, states that he electronically filed a complete copy of the foregoing **Agreed Motion to Dismiss Defendant Jay Ross Pursuant to Settlement** with the Clerk of the Court on April 10, 2008 using the CM/ECF system, which will send notification of such filing to the following counsel of record: see attached Service List.

                                                s/John J. Timbo
                                                John J. Timbo, Attorney No. 06238251
                                                One of the attorneys for Defendant Ross
                                                JAMES G. SOTOS & ASSOCIATES, LTD.
                                                550 East Devon, Suite 150
                                                Itasca, Illinois 60143
                                                630-735-3300
                                                630-773-0980 (fax)
                                                jtimbo@jsotoslaw.com

## SERVICE LIST

## DONALD L. BUSBY V. CITY OF CHICAGO, ET AL.
## CASE NO.: 08-CV-00136

**ATTORNEYS FOR PLAINTIFF:**

**Amanda C. Antholt**
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
E-mail: amanda@loevy.com

**Arthur R. Loevy**
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
E-mail: loevylaw@loevy.com

**Jonathan I. Loevy**
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
E-mail: jon@loevy.com

**Michael I. Kanovitz**
Loevy & Loevy
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
E-mail: mike@loevy.com

**ATTORNEYS FOR DEFENDANTS:**

**Diane s. Cohen**
City of Chicago, Law Department
30 North LaSalle, Suite 1020
Chicago, IL 60602
(312) 744-5100
E-mail: dcohen@cityofchicago.org

**Melanie Patrick Neely**
City of Chicago, Law Department
30 North LaSalle, Suite 1020
Chicago, IL 60602
(312) 744-5100
E-mail: mneely@cityofchicago.org

**Avi T. Kamionski**
Corporation Counsel's Office
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-3982
E-mail: akamionski@cityofchicago.org

**Scott Jebson**
Corporation Counsel's Office
30 North LaSalle Stree, Suite 1400
Chicago, IL 60602
(312) 744 6959
E-mail: sjebson@cityofchicago.org