

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 136 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Busby vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal. It is hereby ordered that all of the claims of plaintiff, Donald Busby, against defendants, City of Chicago, Vito Ferro and John Sebeck, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | RJ |
|---|---|---|