

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Donald L. Busby, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| vs. | ) | Case No. | 08 C 136 |
| | ) | | |
| Chicago Police Officers Vito Ferro, John | ) | | Judge Gottschall |
| Sebeck and the City of Chicago, | ) | | |
| | ) | | |
| Defendants. | ) | | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff Donald Lee, by his attorney, Arthur Loevy, and defendants, Vito Ferro and John Sebeck, by their attorney, Avi Kamionski and the defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Donald Busby, against defendants, City of Chicago, Vito Ferro and John Sebeck, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Entered:

_____
The Honorable John B. Gottschall
United States District Judge

Dated: 4-8-08

Avi Kamionski, Assistant Corporation Counsel
30 N. LaSalle St., Suite 1400, Chicago, IL 60602
(312) 744-0747; Atty. No. 06283191