

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR - 8 2008
JUDGE JOAN B. GOTTSCHALL

| | |
|---|---|
| DONALD L. BUSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 136 |
| ) | |
| CHICAGO POLICE OFFICERS VITO FERRO, ) | Judge Joan B. Gottschall |
| JOHN SEBECK and the CITY OF CHICAGO et ) | |
| al, ) | Magistrate Judge Martin C. Ashman |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Arthur Loevy
Attorney for plaintiff,
Donald L. Busby
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, Illinois 60607
(312) 243-5900
Attorney No. 1602___
Date: 3/28/08

_____
Avi Kamionski
Assistant Corporation Counsel
Attorney for defendants,
Vito Ferro and John Sebeck
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0747
Attorney No. 6283191
Date: 3/31/08
08 c 136

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Diane Cohen
Senior Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-2836
Attorney No. _____

Date: 4-3-08