Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 136 | **DATE** | 4/21/2008 |
| **CASE TITLE** | Donald L Busby vs. City of Chicago et al | | |

**DOCKET ENTRY TEXT**

Agreed motion to dismiss defendant Jay Ross pursuant to settlement [29] is granted. Enter Agreed Order of Dismissal. All claims of the Plaintiff, Donald L. Busby, against Defendant, Jay B. Ross, are dismissed with prejudice without leave to reinstate, and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|