

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD L. BUSBY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 C 136 |
| | ) | |
| v. | ) | |
| | ) | Judge Gottschall |
| CITY OF CHICAGO, CHICAGO POLICE DETECTIVE VITO FERRO, CHICAGO POLICE DETECTIVE JOHN SEBECK, UNKNOWN CHICAGO POLICE OFFICERS, and JAY B. ROSS | ) ) ) ) ) ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the Plaintiff, DONALD L. BUSBY, by his attorneys Arthur Loevy and Loevy & Loevy, and Defendant, JAY B. ROSS, by his attorneys James G. Sotos and James G. Sotos & Associates, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Donald L. Busby, against Defendant, Jay B. Ross, are dismissed with prejudice without leave to reinstate, and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
The Honorable Joan B. Gottschall
United States District Judge

DATED: APR 17 2008